**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**        **CASE NO. 4:00CR00092(3) JMM**

**CECIL MASSEY**

**ORDER**

Pending before the Court is defendant's motion for Release From Supervised Release (#112). Based upon the defendant's classification as a career drug offender as defined in 28 U.S.C. § 994(h) and U.S.S.G. § 4B1.1, and after considering the factors set forth in 18 U.S.C. § 3583(e), the motion is denied.

IT IS SO ORDERED THIS  16  day of  July , 2009.

_____
James M. Moody
United States District Judge